FRANK J. SHALLOW, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Defendant, and EMMA C. CARBALLAL, Respondent.

Submitted October 17, 1951; decided November 21, 1951.

MOTION for reargument of motion to dismiss appeal granted and upon reargument motion to dismiss appeal denied. Case set down for argument during the January, 1952, session. [See 303 N. Y. 623.]